**ANTHONY SCORDO, ESQ., PC**
024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861
**Attorney for Appellants, John & Rosemary Walsh**

| | | |
|---|---|---|
| _____ | : | **UNITED STATES DISTRICT COURT** |
| In Re: | : | **OF NEW JERSEY** |
| | : | |
| JOHN MICHAEL WALSH and | : | |
| ROSEMARY JOANNE WALSH | : | Judge:  Hon. Brian R. Martinotti, U.S.D.J. |
| _____ | : | |
| | : | Chapter 7 |
| FIDELITY NATIONAL TITLE | : | |
| INSURANCE COMPANY, | : | Civil No.: 20-cv-20215 |
|       Plaintiff | : | |
| | : | Bankruptcy Case No.: 19-13567-KCF |
|            v. | : | |
| | : | Adv. No.:  19-01970 |
| JOHN MICHAEL WALSH aka | : | |
| JOHN M. WALSHJ aka JOHN | : | |
| WALSH and ROSEMARY | : | |
| JOANNE WALSH aka | : | **NOTICE OF MOTION TO RECONSIDER** |
| ROSEMARY EATON WALSH | : | |
| aka ROSEMARY J. EATON | : | |
| WALSH aka ROSEMARY | : | |
| JOANNE EATON WALSH | : | |
|       Defendants | : | |
| _____ | : | |

| | | |
|---|---|---|
| _____ | : | **UNITED STATES DISTRICT COURT** |
| In Re: | : | **OF NEW JERSEY** |
| | : | |
| JOHN MICHAEL WALSH and | : | Judge:  Hon. Brian R. Martinotti, U.S.D.J. |
| ROSEMARY JOANNE WALSH | : | |
| _____ | : | Chapter 7 |
| | : | |
| CHICAGO TITLE INSURANCE | : | Civil No.: 20-cv-20220 |
| COMPANY, | : | |
|       Plaintiff | : | Bankruptcy Case No.: 19-13567-KCF |
|            v. | : | |
| | : | Adv. No.:  19-01971 |
| ROSEMARY JOANNE WALSH | : | |
| aka ROSEMARY EATON WALSH | : | **NOTICE OF MOTION TO RECONSIDER** |
| aka ROSEMARY J. EATON | : | |
| WALSH aka ROSEMARY | : | |
| JOANNE EATON WALSH | : | |
|       Defendants | : | |
| _____ | : | |

To: Christopher J. Balala, Esq.
Fidelity National Law Group
105 Eisenhower Parkway, Suite 103
Roseland New Jersey 07470
Attorney for Appellee Fidelity National Title Insurance Company and Chicago Title Insurance Company

**PLEASE TAKE NOTICE** that the undersigned hereby moves before the United States District of New Jersey for reconsideration of this court's order of September 30, 2021 dismissing their appeals and denying time to extend regarding both captioned matters. The undersigned shall rely upon the attached Letter Brief.

Dated: October 14, 2021

*s/Anthony Scordo*
Anthony Scordo, Esq., PC
Attorney for Appellants John and Rosemary Walsh