UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>JOHN MICHAEL WALSH and<br>ROSEMARY JOANNE WALSH<br><br>Debtors.<br><br>MICHAEL WALSH and<br>ROSEMARY JOANNE WALSH,<br><br>Appellants,<br><br>v.<br><br>FIDELITY NATIONAL TITLE<br>INSURANCE COMPANY<br><br>Appellee. | On Appeal From:<br>Case No. 19-13567<br>Adv. Pro. 19-01970<br>Hon. Kathryn C. Ferguson, U.S.B.J.<br><br><br><br>Case No. 2:20-cv-20215<br><br>ORDER |

**THIS MATTER** is opened to the Court on a Motion for Reconsideration (ECF No. 14) filed by Michael and Rosemary Joanne Walsh ("Appellants"), pursuant to Local Civil Rule 7.1 seeking reconsideration of the September 30, 2021 Order and Opinion (ECF Nos. 12 and 13), which denied Appellants' Motion for Extension of Time to File an appeal and Appellants' appeal of the Bankruptcy Court's order that entered default against them. Having reviewed the parties' submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying opinion and for good cause shown,

**IT IS** on this 9th day of December 2021,

**ORDERED** Appellants' Motion for Reconsideration (ECF No. 14) is **DENIED**.

*/s/   Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**