# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____ :
In Re: : On Appeal From:
 : Case No.: 19-13567
JOHN MICHAEL WALSH and : Adv. Pro.: 19-01970
ROSEMARY JOANNE WALSH :
 :
    Debtors :
_____ :
 : Judge: Hon. Kathryn C. Ferguson, U.S.B.J.
JOHN MICHAEL WALSH and :
ROSEMARY JOANNE WALSH :
 :
    Appellants :
 :
    v. :
 :
FIDELITY NATIONAL TITLE :
INSURANCE COMPANY : Case No. 20-cv-20215
 :
    Appellees :
 :
_____

To all parties and their attorneys of record:

This document gives notice that Anthony Scordo, Esq. PC appeals from the Orders entered by the District of New Jersey dated September 30, 2021 and December 9, 2021.

Plaintiffs John Walsh and Rosemary Walsh appeal by this Notice. This appeal is made to the United States Courts of Appeals for the Third Circuit.

Dated: January 5. 2022

                                                    ANTHONY SCORDO

                                                    s/Anthony Scordo

                                                    _____

                                                    Anthony Scordo, Esq. PC
                                                    1425 Pompton Avenue, Suite 2-2
                                                    Cedar Grove NJ  07009
                                                    973-837-1861